**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| JAMES DUCOTE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; EQUIFAX<br>INFORMATION SERVICES LLC, and<br>TRANSUNION LLC,<br><br>    Defendants. | Case No.: 1:24-cv-00300-SDG-JKL<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX INFORMATION SOLUTIONS, INC.** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Experian Information Solutions, Inc. and Equifax Information Services, LLC ("Defendants"). Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiff's claims against Bank of America, N.A. remain pending.

Respectfully submitted April 17, 2024.

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*