UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES DUCOTE,<br><br>          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; EQUIFAX<br>INFORMATION SERVICES LLC, and<br>TRANSUNION LLC,<br><br>          Defendants. | Case No.: 1:24-cv-00300-SDG-JKL<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Respectfully submitted May 9, 2024.

                              */s/ Esther Oise*
                              Esther Oise, Esq. (GA Bar #686342)
                              Oise Law Group PC
                              2635 Governors Walk Blvd.
                              Snellville, GA 30078
                              Email: oiselaw@gmail.com
                              Telephone: (770) 895-3736
                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*