**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| JAMES DUCOTE, | Case No.: 1:24-cv-00300-SDG-JKL |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| BANK OF AMERICA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Bank of America, N.A. and Experian Information Solutions, Inc. remain pending.

Respectfully submitted May 23, 2024.

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*