**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| JAMES DUCOTE,<br><br>       Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>       Defendants. | Case No.: 1:24-cv-00300-SDG-JKL<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT BANK OF AMERICA, N.A.** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Bank of America, N.A. ("Bank of America"). Plaintiff and Bank of America are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Bank of America will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Respectfully submitted August 6, 2024.

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*